12-1242

U.S. DISTRICT COURT
EASTERN DIST...
FILED
2014 JAN -6 A 10: 31
JON W. SANF...
CLERK

1-5-14

Roger A. Pellmann M.D.
Registration # 10399-089
Parsons House 2930 N.25th St.
Milwaukee, WI 53206

Honorable Judge Charles N. Clevert Jr.
U. S. District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

        Re: <u>United States v.</u>
           <u>Roger Pellmann</u>
        Civil Case No. 12-C-1242
        Criminal Case No. 10-CR-104

Your Honor,

    Please be advised that as of 1-21-14, having completed my incarceration, I will be released from Bureau of Prison custody. This letter is to service notice to the Court that I request that my Writ of Habeas Corpus be converted to Coram Nobis on that date, as I seek the overturn of my wrongful and illegal conviction.

                Respectfully,

                Roger A. Pellmann M.D., Pro <u>se</u>

cc M. Jacobs AUSAG