U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2014 NOV -6 A 10: 33

JON A. SANFILIPPO
CLERK

## AFFIDAVIT

| | |
|---|---|
| County of Milwaukee | ) |
| | ) ss |
| State of Wisconsin | ) |

Now comes Jacquelynn R. Evans, the affiant, and does hereby affirm the following:

1) Prior to the June, 2010 trial, I met Attorney Essling with my Attorney Lebell and gave Attorney Essling signed medical record release forms to facilitate procurement of my medical records documenting my medical condition of Trigeminal Neuralgia proving that Dr. Pellmann provided appropriate care for this legitimate illness.

Further, AFFIANT sayeth naught.

August 22ND 2014

Date

Jacquelynn R. Evans

1

Sworn to me and subscribed in my presence, that the above named Jacquelynn R. Evans, did appear and affirm that she affixed her signature above as her free act and deed, on this __2nd__ day of __AUGUST__, 2014.

[seal]

MARK HERRMANN
Notary Public
State of Wisconsin

_____ notary public

2